# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal Number: 11-176(JAP)-01

v. : WAIVER OF INDICTMENT

SAUL KASSIN :

RECEIVED
MAR 28 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

I, SAUL KASSIN, the above-named defendant, who is charged with knowingly conducting, controlling, managing, supervising, directing and owning all and part of an unlicensed money transmitting business, and aiding and assisting in the same, in violation of Title 18, United States Code, Section 1960 and Section 2, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on (Date) 3/28/11 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
SAUL KASSIN
Defendant

_____
GERALD L. SHARGEL, ESQ.
Counsel for Defendant

Before: _____
Honorable Joel A. Pisano
United States District Judge